UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| FLORIDA POWER & LIGHT COMPANY<br><br>  Plaintiff,<br><br>  -against-<br><br>BELLSOUTH TELECOMMUNICATIONS, LLC<br>d/b/a AT&T FLORIDA<br><br>  Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

Defendant BellSouth Telecommunications, LLC d/b/a AT&T Florida ("AT&T"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and with full reservation of all defenses, files this Notice of Removal to remove this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division.  In support of this Notice of Removal, AT&T states as follows:

**I.     BACKGROUND**

1.     On July 1, 2019, Plaintiff Florida Power & Light Company ("FPL") filed a civil breach-of-contract action against AT&T in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida under Case No. 502019 CA 008515XXXXMB (the "State Court Action").  A copy of FPL's Complaint filed in the State Court Action is attached hereto as Exhibit A.

2.     The State Court Action arises out of a Joint Use Agreement (the "JUA") pursuant to which AT&T and FPL attach facilities to each other's utility poles.  FPL alleges that AT&T

has breached the JUA by failing to "pay significant money payment obligations to FPL" totaling almost $20 million.  Compl. ¶¶ 2, 28, 44.

## II.   REMOVAL TO THIS COURT IS TIMELY AND PROPER

3.   An action is timely removed when it has been removed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).  AT&T received FPL's Complaint when it was served on July 2, 2019, which is within 30 days of this Notice of Removal.

4.   In compliance with 28 U.S.C. § 1446(a), this Notice of Removal was filed in the District Court of the United States for the district and division within which the State Court Action is pending.  The United States District Court for the Southern District of Florida, West Palm Beach Division, is the District Court and division embracing the Circuit Court of the Fifteenth Judicial Court in and for Palm Beach County, Florida, where the State Court Action is pending.  28 U.S.C. § 1441(a).

5.   In compliance with 28 U.S.C. § 1446(a), AT&T attaches a copy of all process, pleadings, and orders served upon AT&T in the State Court Action.  *See* Exhibit A.

6.   As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida and served on counsel for FPL.

7.   This Court has original jurisdiction over this civil action because it is a "civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between … citizens of different states." 28 U.S.C. § 1332(a)(1).

### A. Amount in Controversy

8. "If removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy …." 28 U.S.C. § 1446(c)(2).

9. The Complaint seeks "damages in the principal sum of $9,244,141.74" for the 2017 calendar year and "damages in the principal sum of $10,532,283.79" for the 2018 calendar year. Compl. ¶¶ 28, 44. Thus, the Complaint seeks nearly $20 million in damages (in addition to significant non-monetary relief), well in excess of the $75,000 amount-in-controversy requirement.

### B. Diversity of Citizenship

10. FPL is "a Florida corporation with its principal place of business in Palm Beach County, Florida." Compl. ¶ 8. Accordingly, FPL is a citizen of Florida for purposes of diversity jurisdiction.

11. AT&T is a limited liability company, and therefore its citizenship is determined solely by the citizenship of its members. *See Rolling Greens MHP LP v. Comcast SCH Holdings, LLC*, 374 F.3d 1020, 1022 (11th Cir. 2004). AT&T's sole member is BellSouth, LLC. BellSouth, LLC's sole member is AT&T DataComm, LLC, and AT&T DataComm, LLC's sole member is AT&T DataComm Holdings, Inc. AT&T DataComm Holdings, Inc. is a Delaware corporation with its principal place of business in Dallas, Texas. Accordingly, AT&T is a citizen of Delaware and Texas for purposes of diversity jurisdiction.

12. Because plaintiff FPL is a citizen of Florida and defendant AT&T is a citizen of Delaware and Texas, complete diversity exists between all parties to this action.

WHEREFORE, defendant AT&T respectfully removes this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated:  July 22, 2019

Respectfully submitted,

*s/ Harvey W. Gurland, Jr.*
Harvey W. Gurland, Jr., Esq.
Florida Bar No.: 284033
DUANE MORRIS LLP
201 S. Biscayne Blvd, Suite 3400
Miami, FL 33131
Tel: (305) 960-2200
hwgurland@duanemorris.com
pnmendoza@duanemorris.com
nmcastillo@duanemorris.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal was served, via electronic mail, this 22nd day of July, 2019, upon:

Alvin B. Davis, Esq.
Squire Patton Boggs (US) LLP
Suite 4100
200 South Biscayne Boulevard
Miami, Florida 33131-2398
Tel: 305.577.2835
alvin.davis@squirepb.com

Joseph Ianno, Jr., Esq.
Charles Bennett, Jr., Esq.
Maria Jose Moncada, Esq.
Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408
Tel: 561.691.2789
joseph.iannojr@fpl.com
charles.bennett@fpl.com
maria.moncada@fpl.com

DM1\9804866.2